**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1805

RANDY L. THOMAS,

              Plaintiff - Appellant,

         v.

YNEZ   OLSHAUSEN;   MARY   ELLEN   MCDONALD;   PETER   GORMAN;
CHARLOTTE-MECKLENBURG  POLICE;  CHARLOTTE-MECKLENBURG;  STATE
OF NORTH CAROLINA,

              Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Western
District  of  North  Carolina,  at  Charlotte.    Graham  C.  Mullen,
Senior District Judge.  (3:07-cv-00130-GCM)

Submitted:  February 11, 2009          Decided:  March 12, 2009

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy  L.  Thomas,  Appellant  Pro  Se.    Daniel  William  Clark,
THARRINGTON,  SMITH,  LLP,  Raleigh,  North  Carolina;  Richard
Harcourt  Fulton,  OFFICE  OF  THE  CITY  ATTORNEY,  Charlotte,  North
Carolina;  Thomas  J.  Ziko,  Assistant  Attorney  General,  Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas appeals the district court's order denying his motions for recusal, for a more definite statement, and for discovery in his action filed pursuant to 42 U.S.C. § 1983 (2000).[*] We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Olshausen, No. 3:07-cv-00130-GCM (W.D.N.C. June 16, 2008). We deny Thomas' motion for emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court dismissed the action, and we affirmed. Thomas v. Olshausen, __ F. App'x __, 2008 WL 5181833 (4th Cir. Dec. 11, 2008) (No. 08-1769).

2